UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jean A. Montgomery

Plaintiff,

v.

Case No.: 1:15−cv−10840
Honorable Robert M. Dow Jr.

National Association of Postal Supervisors, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jr: Per the parties agreed motion to extend time to complete discovery [104], the Court strikes the current discovery closure date of 4/9/2019 and the status hearing set for April 10, 2019 at 9:00 a.m. [98]. The Court will set a new discovery closure date and a new status hearing date when it resolves the pending motion to limit Plaintiff's discovery requests [100]. Finally, the Court will address Plaintiff's need, if any, for additional time to amend the complaint at the status hearing. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.