# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jean A. Montgomery

                Plaintiff,

v.                                 Case No.: 1:15−cv−10840
                                 Honorable Robert M. Dow Jr.

National Association of Postal Supervisors, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motion to dismiss [117] is taken under advisement. Plaintiff is given until 10/10/2019 to file a response; Defendants are given until 10/31/2019 to file a reply. The Clerk is directed to terminate [114] as a motion and Plaintiff's fifth amended complaint [114] is accepted for filing. The Court will issue a ruling by mail on the motion to dismiss. Status hearing and notice of motion date of 10/12/2019 are stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.